UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Benjamin and
DLC Services Corp.,
    Plaintiffs

    v.                                        Civil No. 08-cv-422-SM

Riley, More & More Enterprises, LLC,
176 Webster Street, LLC,
Linda Haytayan, Vatche Manoukian,
New England All Star Consulting, LLC,
and Mile High Real Estate, LLC,,
    Defendants

**O R D E R**

A pretrial conference was held on December 16, 2008.

The pending motion to dismiss (filed before venue was transferred) is denied without prejudice to renewing. See documents 36 and 43 (order transferring venue but leaving motion to dismiss as pending).

The parties will file a discovery plan in accordance with Fed. R. Civ. P. 26(f) on or before January 15, 2009.

Plaintiffs will identify and serve "John and Jane Doe" and "ABC, Inc." defendants by June 17, 2009.

    **SO ORDERED.**

                                                _____
                                                Steven J. McAuliffe
                                                Chief Judge

December 18, 2008

cc:  Jay J. Friedrich, Esq.
     Christopher J. Pyles, Esq.
     Jeffrey A. Zall, Esq.