UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Robert Benjamin and
DLC Services, Inc.

v.                                                  Civil No. 08-cv-422-SM

Riley More & More Enterprises, LLC,
176 Webster Street, LLC, Linda Haytayan,
Vatche Manoukian, New England All Star Consulting, LLC,
Mile High Real Estate, LLC,
John and Jane Doe 1 through 10 and
ABC, Inc. 1 through 10

**ORDER**

Plaintiff moves to compel discovery, namely to compel depositions of defendants and to produce responsive interrogatories and document demands. Document no 78.

**Discussion**

One of the purposes for this court's requirement that local counsel be associated with out-of-state counsel is to assure that the latter complies with our local rules. It is apparent that Attorney Zall did not advise Attorney Friedrich that LR 37.1 required him to provide me with a verbatim version of the interrogatories and requests to which he seeks to compel responsive answers. Just looking at the responses (Document no. 78, Exhibit 78-5) is not sufficient to permit an informed decision. Counsel is directed to file the interrogatories and requests with the court within ten (10) calendar days.

Ms. Haytayan and Mr. Manoukian are to make themselves available *in New Hampshire* within the next thirty (30) days for deposition. If Mr. Pyles is unavailable they

are to be defended by co-counsel or someone else at Wiggin & Nourie. If defendants want to depose Mr. Haytayan they have thirty (30) days in which to do so in Florida.

With respect to the interrogatories and requests in dispute neither party has submitted substantive arguments. They each have ten (10) days in which to do so. No replies or surreplies will be accepted.

Any further filings not in accordance with this order or our local rules will result in sanctions to counsel.

The motion (Document no. 78) is granted in part, denied in part, and stayed in part.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Dated: November 5, 2009

cc:  Jay Joseph Friedrich, Esq.
     Jeffrey A. Zall, Esq.
     Christopher James Pyles, Esq.