UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robert Benjamin
DLC Services Corp.

    v.                                             Civil No. 08-cv-422-SM

Riley, More & More Enterprises, LLC
176 Webster Street, LLC, et al

**O R D E R**

Plaintiffs moved to compel discovery by deposition, by document request and by interrogatory (doc. no. 78). By order of November 5, 2009, I resolved the deposition issues and ordered the parties, 1) to provide a copy of the interrogatories and document requests at issue, and 2) to provide substantive arguments on those at issue.

Plaintiffs provided copies of all of its document requests and interrogatories but failed to supplement with any substantive arguments as to any of them. Plaintiffs' position as stated in the motion is simply that the responses are "completely unresponsive" (doc. no. 78, ¶ 4). That is not a developed argument. "The district court is free to disregard arguments that are not adequately developed." Higgins v. New Balance Athletic Shoe, Inc., 194 F.3d 252, 260, (1st Cir. 1999).

On the other hand, defendants substantially responded with

arguments to support each response.  Those arguments have not been disputed by plaintiffs and I accept them.

Plaintiffs' motion (doc. no. 78) is denied.

**SO ORDERED.**

                                             _____
                                             James R. Muirhead
                                             United States Magistrate Judge

Date: December 1, 2009

cc:    Jennifer Rebecca Estrumsa, Esq.
       Jay Joseph Friedrich, Esq.
       Jeffrey A. Zall, Esq.
       Christopher James Pyles, Esq.