UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robert Benjamin
DLC Services Corp.

   v.                                      Civil No. 08-cv-422-SM

Riley More & More Enterprises, LLC, et al


**O R D E R**

Defendant Riley, More & More Enterprises, ("Riley") seeks to compel answers to interrogatories and requests for production directed to DLC Services Corp. ("DLC") and requests for documents directed to Robert benjamin ("Benjamin").  DLC provided no responses to either.  Benjamin provided no responses to the document requests.

Plaintiffs did not respond to the discovery requests and the "objection" to the motion is too little, too late.[1]  Plaintiffs were required to respond to the Fed. R. Civ. P. Rule 33 and 34 discovery within thirty (30) days and in accordance with these rules.  Failure to do so waives any objections.

The motion (doc. no. 88) is granted and is to be complied

---

[1] The objection appears to be an amateurish pro se effort unworthy of counsel.

with within fourteen (14) calendar days.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:   December 10, 2009

cc:     All Counsel of Record