UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robert Benjamin, et al

    v.                                             Civil No. 08-cv-422-SM

Steven James Development, LLC, et al

**O R D E R**

The bankruptcy stay is lifted as the bankruptcy petition has been dismissed.[1]

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: March 22, 2010

cc:    All Counsel of Record
       Vatche Manoukian, pro se
       Linda Haytayan, pro se

---

[1] Vatche Manoukian has filed pro se appearances for three LLC's. Corporations may not appear by pro se individuals. They must appear by counsel.