UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert Benjamin, et al.</u>

                v.                         Case No. 08-cv-422-SM

<u>Steven James Development, LLC, et al.</u>

ORDER STRIKING DOCUMENT S IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENTS/FILER:  #118 - Notice of Pro Se Appearance, filed by Vatche Manoukian on behalf of Riley, More & More Enterprises, LLC;
#119, Notice of Pro Se Appearance, filed by Vatche Manoukian on behalf of 176 Webster Street, LLC;
#120, Notice of Pro Se Appearance, filed by Vatche Manoukian on behalf of New England All Star Consulting, LLC, and
#121, Notice of Pro Se Appearance, filed by Vatche Manoukian on behalf Mile High Real Estate, LLC.

DATE FILED:      March 18, 2010

The documents above fail to comply with:

LR 83.6(c)      Corporation or unincorporated association may not appear in any action or proceeding pro se.

It is herewith ordered that all pro se appearances filed by Defendant Manoukian on behalf of the above-listed corporations are hereby stricken. Within thirty (30) days of the date of this order, legal counsel authorized to practice in this court shall file an appearance on behalf of the corporations or be referred to the clerk for entry of default as to those corporations pursuant to Fed. R. Civ. P. 55(a).

SO ORDERED.

April 1, 2010

                                        /s/ James R. Muirhead
                                        _____
                                        James R. Muirhead
                                        Magistrate Judge

cc:     All Counsel of Record
       Vatche Manoukian, pro se
       Linda Haytayan, pro se