UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Robert Benjamin and
DLC Services Corp.,
    Plaintiffs

    v.                                          Civil No. 08-cv-422-SM

Riley, More & More Enterprises, LLC,
176 Webster Street, LLC,
New England All Star Consulting, LLC,
Mile High Real Estate, LLC,
Linda Haytayan, and Vatche Manoukian
    Defendants

## O R D E R

    Re:  (Document No. 141), Motion for Reconsideration

    **Ruling:**  To the extent the motion seeks reconsideration of the decision overruling plaintiffs' objection to legal counsel appearing on behalf of defendants, it is denied.  To the extent the motion alludes to alleged discovery issues and perceived prejudice, it must be noted that no motion seeking relief on those grounds (other than a request to deny defendants legal representation) is pending, and, it must also be noted that plaintiffs' counsel represented that plaintiffs did not wish a continuance due to legal counsel's recent appearance, and alleged outstanding discovery issues complicated by bankruptcy filings and failures to keep this court informed of the bankruptcy petition's dismissal, but, rather, desired to, and were prepared to, proceed to trial promptly, which desire was accommodated.

                                                      Steven J. McAuliffe
                                                      Chief Judge

Date:  May 19, 2010

cc:  Jay J. Friedrich, Esq.
     Jeffrey A. Zall, Esq.
     Christopher J. Pyles, Esq.
     Linda Haytayan, pro se
     Vatche Manoukian, pro se