UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Robert Benjamin and
DLC Services Corporation,
          Plaintiffs

                    v.                                             Case No. 08-cv-422-SM

Riley, More & More, LLC,
176 Webster Street, LLC,
New England All Star Consulting,
LLC, Mile High Real Estate, LLC,
Vatche Manoukian and Linda Haytayan.
          Defendants

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

          SO ORDERED.

June 30, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:   Jay Joseph Friedrich, Esq.
      Jeffrey A. Zall, Esq.
      Christopher J. Pyles, Esq.